UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JUAN RUIZ-NAVA,<br><br>Petitioner,<br><br>v.<br><br>BRUCE SCOTT,<br><br>Respondent. | Case No. 2:26-cv-03799-TMC<br><br>ORDER GRANTING PETITION FOR WRIT OF HABEAS CORPUS |

## I. ORDER

The petition for writ of habeas corpus is GRANTED. Immigration and Customs Enforcement concedes that Petitioner qualifies for a bond hearing under *Rodriguez Vazquez v. Bostock*, 802 F. Supp. 3d 1297 (W.D. Wash. 2025), *aff'd*, 183 F.4th 1160 (9th Cir. 2026). Dkt. 5 at 1–2. Petitioner's alternative request for immediate release is denied because the primary relief available under *Rodriguez Vazquez* is a bond hearing under 8 U.S.C. § 1226(a). 802 F. Supp. 3d at 1336. As directed below, if Respondent fails to provide Petitioner with a bond hearing within 14 days of this order, he must release him.

Accordingly, the Court ORDERS as follows:

1. The petition for writ of habeas corpus (Dkt. 1) is GRANTED.

2. Within 14 days of this order, Respondent must either release Petitioner Juan Ruiz-Nava or provide him a bond hearing under 8 U.S.C. § 1226(a).

3. If Petitioner is released, Respondent must return to Petitioner any personal property, including any personal identification document (other than a passport) and any employment authorization document.

4. Nothing in this order prevents an Immigration Judge from granting a request by Petitioner for a continuance in his bond proceedings.

The Clerk is directed to send uncertified copies of this Order to all counsel of record and to any party appearing pro se at said party's last known address.

Dated this 9th day of November, 2026.

Tiffany M. Cartwright
United States District Judge